PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Scott, Markeis Deshawn** | ) | **Case No. 0980 2:20CR00170-RMP-1** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

On June 29, 2021, Mr. Scott appeared before the Honorable John T. Rodgers, United States Magistrate Judge, for an initial appearance and arraignment on the pending instant federal offense. The government did not seek detention and Mr. Scott was released to reside in the District of Idaho.

On June 29, the below said officer was contacted by the District of Idaho, advising Mr. Scott admitted he consumes marijuana and his last admitted use of controlled substance methamphetamine was 1 year ago. Per the request of the District of Idaho, this officer respectfully requests the addition of special conditions number 15, 16 and 17 as noted below.

**Addition of the following special conditions:**

Special Condition #15: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

Special Condition #16: Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

Special Condition #17: Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

Mr. Scott consents to the modification of his release conditions and agrees to abide by this modification.

_Mari Sloan_     _7-13-21_     _Linda Smith_     7/13/2021

Signature of Defendant     Date     United States Probation Officer     Date

Markeis Scott                    Linda J. Leavitt

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _7/13/21_

Signature of Defense Counsel          Date

J. Stephen Roberts, JR.


[X]     The above modification of conditions of release is ordered, to be effective on **7-13-21**.

[ ]     The above modification of conditions of release is <u>not</u> ordered.

_____     **7-13-21**

Signature of Judicial Officer          Date

The Honorable John T. Rodgers
United States Magistrate Judge