PROB 12C
(6/16)

Report Date: October 4, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Markeis Deshawn Scott      Case Number: 0980 2:20CR00170-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99204

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 20, 2022

| | |
|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. §§ 922(k), 924(a)(1)(B) |
| Original Sentence: | Probation - 5 Years        Type of Supervision: Supervised Release |
| Revocation Sentence: (January 31, 2024) | Prison - 6 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Dominique Juliet Park      Date Supervision Commenced: April 2, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr.   Date Supervision Expires: April 1, 2027 |

## PETITIONING THE COURT

**To issue a SUMMONS**.

On April 18, 2024, Mr. Markeis Deshawn Scott signed his conditions relative to case number 2:20CR00170-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 10 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |
| | **Supporting Evidence**: Mr. Scott is alleged to have violated mandatory condition number 3 by ingesting cocaine on or about October 2, 2024, based on both urinalysis testing and the subject's admission of such use. |
| | Specifically, on October 3, 2024, Mr. Scott was sent a text message and left a voice mail directing him to report to the U.S. Probation Office on the day in question for urinalysis |

Prob12C
Re: Scott, Markeis Deshawn
October 4, 2024
Page 2

testing. No response was subsequently received from Mr. Scott. At 4:19 p.m., a second voice mail was left for Mr. Scott, this time directing him to report on October 4, 2024, at 8 a.m. Mr. Scott failed to report as directed on October 3, 2024. At 11:20 p.m., Mr. Scott sent a text message to the undersigned officer indicating that his cell phone had broken, and he had just obtained it back repaired. Mr. Scott committed to reporting at 8 a.m., on October 4, 2024, as directed in the second voice mail.

At 8 a.m., on October 4, 2024, Mr. Scott reported as directed and indicated his current sobriety. Mr. Scott submitted to urinalysis testing, the result of which appeared dilute and tested presumptive positive for cocaine. Upon being confronted, Mr. Scott admitted that he had lied about his cell phone being broken and advised that he had in fact relapsed on cocaine previously occurring on or about October 2, 2024. Mr. Scott did additionally sign a drug use denial form serving to memorialize the admission.

2  **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.

**Supporting Evidence**: Mr. Scott is alleged to have violated standard condition number 3, by traveling into the District of Idaho, beginning in September 2024, and then occurring on a weekly basis thereafter for approximately the last month, without receiving permission from the Court or the U.S. Probation Office.

On October 4, 2024, Mr. Scott reported to the U.S. Probation Office in Spokane, as directed for the purpose of urinalysis testing. During Mr. Scott's scheduled office contact, the undersigned officer advised Mr. Scott that this office was in receipt of collateral information that he had traveled out of the district without permission. In response, Mr. Scott admitted to having traveled into the District of Idaho, on approximately four separate occasions, occurring on a weekly basis for approximately the last month. Mr. Scott acknowledged his awareness that such travel was in violation of this officer's instruction and his conditions of supervised release. Mr. Scott indicated that he had engaged in such travel in an effort to visit his girlfriend who lives in the district.

It should be noted that Mr. Scott had been given previous approval to travel into the District of Idaho to visit his minor-aged children who live in the district, but he was provided specific instruction that travel into the district for any other reason required approval from the undersigned officer. Mr. Scott acknowledged the directive.

3  **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Scott is alleged to have violated standard condition number 13 by failing to report to the U.S. Probation Office as directed on October 3, 2024.

Specifically, on October 3, 2024, Mr. Scott was sent a text message and left a voice mail directing him to report to the U.S. Probation Office on the day in question for urinalysis testing. No response was subsequently received from Mr. Scott. At 4:19 p.m., a second voice mail was left for Mr. Scott, this time directing him to report on October 4, 2024, at 8 a.m. Mr. Scott failed to report as directed on October 3, 2024. At 11:20 p.m., Mr. Scott sent a text message to the undersigned officer indicating that his cell phone had broken, and that he had

Prob12C
Re: Scott, Markeis Deshawn
October 4, 2024
Page 3

just obtained it back repaired. Mr. Scott committed to reporting at 8 a.m., on October 4, 2024, as directed in the second voice mail.

At 8 a.m., on October 4, 2024, Mr. Scott reported as directed and indicated his current sobriety. Mr. Scott submitted to urinalysis testing, the result of which appeared dilute and tested presumptive positive for cocaine. Upon being confronted, Mr. Scott admitted that he had lied about his cell phone being broken and advised that he had in fact relapsed on cocaine previously occurring on or about October 2, 2024. Mr. Scott did additionally sign a drug use denial form serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 4, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Thomas O. Rice
United States District Judge

October 7, 2024

Date