PROB 12C
(6/16)

Report Date: February 3, 2025

# United States District Court

**for the**

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2025

SEAN F. McAVOY, CLERK

Name of Offender: Markeis Deshawn Scott        Case Number: 0980 2:20CR00170-JAG-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: January 20, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm with an Obliterated Serial Number, 18 U.S.C. §§ 922(k), 924(a)(1)(B) | | |
| Original Sentence: | Probation - 5 Years | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(January 31, 2024) | Prison - 6 Months;<br>TSR - 36 Months | | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: | April 2, 2024 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | April 1, 2027 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/07/2024.

On April 18, 2024, Mr. Markeis Deshawn Scott signed his conditions relative to case number 2:20CR00170-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Scott violated the terms of his supervised release by being arrested for Assault in the Fourth Degree-Domestic Violence, in violation of RCW 9A.36.041 GM, on or about February 1, 2025.<br><br>On February 1, 2025, at approximately 1:20 a.m., the Spokane Police Department responded to a residence in reference to a domestic violence assault call. The reporting party indicated the victim was physically assaulted by her boyfriend, Markeis Scott. |

Prob12C
**Re: Scott, Markeis Deshawn**
**February 2, 2025**
**Page 2**

The officer made contact with a male resident of the home who advised Mr. Scott and the victim had an argument and the victim asked Mr. Scott to leave. Mr. Scott returned to the residence a short time later and was described as highly intoxicated and confrontational. Mr. Scott threatened to assault the male resident after he was asked not to wake up the child in the home. The male resident did not witness an assault but did observe the victim to be bleeding throughout the incident.

The officer spoke to the victim and observed her lip to be slightly swollen and split open. The victim initially denied an assault occurred. When questioned about the blood on her lip, clothing and hand, she indicated she had a bloody nose not related to this incident, however, the officer did not observed blood on her nose. The victim then indicated Mr. Scott was intoxicated, tried to take her phone and accidently hit her in the face causing her to bleed.

An officer spoke with Mr. Scott who was described as very agitated toward law enforcement and appeared highly intoxicated. Probable cause was determined to arrest Mr. Scott for assault in the fourth degree-domestic violence.

Mr. Scott was released later that same day.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/03/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
February 3, 2025
Date